AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>MATTHEW BAGGOTT<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00445<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 5/24/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MATTHEW BAGGOTT                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in Restricted Building or Grounds / Impeding Official Business;
and 40 U.S.C. § 5104(e)(2)(D), (E), and (F) - Violent Entry or Disorderly Conduct on Capitol Grounds.


Date:   05/24/2021                                                                  2021.05.24
                                                                                    21:05:41 -04'00'
                                                                        *Issuing officer's signature*

City and state:          Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/24/2021, and the person was arrested on *(date)* 5/30/2021
at *(city and state)* Murfreesboro, TN.

Date: 6/1/2021
                                                                        *Arresting officer's signature*

                                                        Chris Potts, FBI SA
                                                                        *Printed name and title*