# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLU8MBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 1:21-MJ-00445-ZMF-2** |
| | ) | **Magistrate Judge Zia M. Faruqui** |
| | ) | |
| **MATTHEW BAGGOTT** | ) | |

## <u>NOTICE OF APPEARANCE</u>

Comes Dumaka Shabazz, Assistant Federal Public Defender, and states that the Office of the Federal Public Defender was appointed to represent Mr. Baggott on June 1, 2021 (D.E. 3) in the Middle District of Tennessee. The undersigned hereby gives notice of his appearance as attorney of record in this matter and requests that all documents filed from this date forward be served upon him.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
Dumaka_shabazz@fd.org

Attorney for Matthew Baggott

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2021, I electronically filed the foregoing *Notice of Appearance* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Benet Kearney, Assistant United States Attorney, One Saint Andrew's Plaza, New York, NY 10007.

                                   s/ *Dumaka Shabazz*
                                   DUMAKA SHABAZZ