# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-CR-411 (APM) |
| : | |
| STEWART PARKS, : | |
| MATTHEW BAGGOTT, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letters of August 26, 2021, have been provided to the defense in this matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:    */s/ Benet J. Kearney*
BENET J. KEARNEY
Assistant United States Attorney
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, New York 10007
Benet.Kearney@usdoj.gov
(212) 637 2260

## CERTIFICATE OF SERVICE

I certify that a copy of the Government's Notice of Discovery was served on all counsel of record via the Court's electronic filing service.

                                            */s/ Benet J. Kearney*
                                            BENET J. KEARNEY
                                            Assistant United States Attorney

Date:   August 26, 2021