

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 26, 2021

**BY EMAIL and USAFX**

John L. Machado, Esq.
Law Office of John Machado
503 D Street, N.W., Suite 310
Washington, DC 20001
johnlmachado@gmail.com

                Re:    *United States v. Stewart Parks and Matthew Baggott*,
                        21 Cr. 411 (APM)

Dear Mr. Machado:

      As discussed, I have uploaded the full return of search warrant 21-sc-787 pertaining to the Instagram account "@pastorparks" to USAFX, consisting of the following files:

      0176-ME-3373430_0000022_1A0000017_0000001.mp4
      0176-ME-3373430_0000022_1A0000017_0000002.m4a
      0176-ME-3373430_0000022_1A0000017_0000003.mp4
      0176-ME-3373430_0000022_1A0000017_0000004.mp4
      0176-ME-3373430_0000022_1A0000017_0000005.mp4
      0176-ME-3373430_0000022_1A0000017_0000006.jpg
      0176-ME-3373430_0000022_1A0000017_0000007.mp4
      0176-ME-3373430_0000022_1A0000017_0000008.jpg
      0176-ME-3373430_0000022_1A0000017_0000009.jpg
      0176-ME-3373430_0000022_1A0000017_0000010.m4a
      0176-ME-3373430_0000022_1A0000017_0000011.mp4
      0176-ME-3373430_0000022_1A0000017_0000012.mp4
      0176-ME-3373430_0000022_1A0000017_0000013.mp4
      0176-ME-3373430_0000022_1A0000017_0000014.jpg
      0176-ME-3373430_0000022_1A0000017_0000015.mp4

0176-ME-3373430_0000022_1A0000017_0000016.mp4
0176-ME-3373430_0000022_1A0000017_0000017.mp4
0176-ME-3373430_0000022_1A0000017_0000018.mp4
0176-ME-3373430_0000022_1A0000017_0000019.mp4
0176-ME-3373430_0000022_1A0000017_0000020.mp4
0176-ME-3373430_0000022_1A0000017_0000021.mp4
0176-ME-3373430_0000022_1A0000017_0000022.jpg
0176-ME-3373430_0000022_1A0000017_0000023.jpg
0176-ME-3373430_0000022_1A0000017_0000024.mp4
0176-ME-3373430_0000022_1A0000017_0000025.mp4
0176-ME-3373430_0000022_1A0000017_0000026.mp4
0176-ME-3373430_0000022_1A0000017_0000027.mp4
0176-ME-3373430_0000022_1A0000017_0000028.mp4
0176-ME-3373430_0000022_1A0000017_0000029.jpg
0176-ME-3373430_0000022_1A0000017_0000030.mp4
0176-ME-3373430_0000022_1A0000017_0000031.mp4
0176-ME-3373430_0000022_1A0000017_0000032.mp4
0176-ME-3373430_0000022_1A0000017_0000033.mp4
0176-ME-3373430_0000022_1A0000017_0000034.mp4
0176-ME-3373430_0000022_1A0000017_0000035.jpg
0176-ME-3373430_0000022_1A0000017_0000036.jpg
0176-ME-3373430_0000022_1A0000017_0000037.mp4
0176-ME-3373430_0000022_1A0000017_0000038.mp4
0176-ME-3373430_0000022_1A0000017_0000039.mp4
0176-ME-3373430_0000022_1A0000017_0000040.jpg
0176-ME-3373430_0000022_1A0000017_0000041.mp4
0176-ME-3373430_0000022_1A0000017_0000042.jpg
0176-ME-3373430_0000022_1A0000017_0000043.mp4
0176-ME-3373430_0000022_1A0000017_0000044.mp4
0176-ME-3373430_0000022_1A0000017_0000045.mp4
0176-ME-3373430_0000022_1A0000017_0000046.jpg
0176-ME-3373430_0000022_1A0000017_0000047.m4a
0176-ME-3373430_0000022_1A0000017_0000048.mp4
0176-ME-3373430_0000022_1A0000017_0000049.mp4
0176-ME-3373430_0000022_1A0000017_0000050.mp4
0176-ME-3373430_0000022_1A0000017_0000051.mp4
0176-ME-3373430_0000022_1A0000017_0000052.jpg
0176-ME-3373430_0000022_1A0000017_0000053.jpg
0176-ME-3373430_0000022_1A0000017_0000054.m4a
0176-ME-3373430_0000022_1A0000017_0000055.mp4
0176-ME-3373430_0000022_1A0000017_0000056.mp4
0176-ME-3373430_0000022_1A0000017_0000057.jpg
0176-ME-3373430_0000022_1A0000017_0000058.mp4
0176-ME-3373430_0000022_1A0000017_0000059.mp4

0176-ME-3373430_0000022_1A0000017_0000060.mp4
0176-ME-3373430_0000022_1A0000017_0000061.jpg
0176-ME-3373430_0000022_1A0000017_0000062.jpg
0176-ME-3373430_0000022_1A0000017_0000063.mp4
0176-ME-3373430_0000022_1A0000017_0000064.mp4
0176-ME-3373430_0000022_1A0000017_0000065.mp4
0176-ME-3373430_0000022_1A0000017_0000066.mp4
0176-ME-3373430_0000022_1A0000017_0000067.jpg
0176-ME-3373430_0000022_1A0000017_0000068.m4a
0176-ME-3373430_0000022_1A0000017_0000069.mp4
0176-ME-3373430_0000022_1A0000017_0000070.mp4
0176-ME-3373430_0000022_1A0000017_0000071.mp4
0176-ME-3373430_0000022_1A0000017_0000072.m4a
0176-ME-3373430_0000022_1A0000017_0000073.mp4
0176-ME-3373430_0000022_1A0000017_0000074.mp4
0176-ME-3373430_0000022_1A0000017_0000075.jpg
0176-ME-3373430_0000022_1A0000017_0000076.jpg
0176-ME-3373430_0000022_1A0000017_0000077.jpg
0176-ME-3373430_0000022_1A0000017_0000078.mp4
0176-ME-3373430_0000022_1A0000017_0000079.m4a
0176-ME-3373430_0000022_1A0000017_0000080.mp4
0176-ME-3373430_0000022_1A0000017_0000081.mp4
0176-ME-3373430_0000022_1A0000017_0000082.mp4
0176-ME-3373430_0000022_1A0000017_0000083.mp4
0176-ME-3373430_0000022_1A0000017_0000084.mp4
0176-ME-3373430_0000022_1A0000017_0000085.jpg
0176-ME-3373430_0000022_1A0000017_0000086.m4a
0176-ME-3373430_0000022_1A0000017_0000087.m4a
0176-ME-3373430_0000022_1A0000017_0000088.mp4
0176-ME-3373430_0000022_1A0000017_0000089.mp4
0176-ME-3373430_0000022_1A0000017_0000090.mp4
0176-ME-3373430_0000022_1A0000017_0000091.mp4
0176-ME-3373430_0000022_1A0000017_0000092.jpg
0176-ME-3373430_0000022_1A0000017_0000093.mp4
0176-ME-3373430_0000022_1A0000017_0000094.jpg
0176-ME-3373430_0000022_1A0000017_0000095.m4a
0176-ME-3373430_0000022_1A0000017_0000096.mp4
0176-ME-3373430_0000022_1A0000017_0000097.mp4
0176-ME-3373430_0000022_1A0000017_0000098.jpg
0176-ME-3373430_0000022_1A0000017_0000099.jpg
0176-ME-3373430_0000022_1A0000017_0000100.mp4
0176-ME-3373430_0000022_1A0000017_0000101.mp4
0176-ME-3373430_0000022_1A0000017_0000102.mp4
0176-ME-3373430_0000022_1A0000017_0000103.jpg

0176-ME-3373430_0000022_1A0000017_0000104.mp4
0176-ME-3373430_0000022_1A0000017_0000105.mp4
0176-ME-3373430_0000022_1A0000017_0000106.jpg
0176-ME-3373430_0000022_1A0000017_0000107.mp4
0176-ME-3373430_0000022_1A0000017_0000108.jpg
0176-ME-3373430_0000022_1A0000017_0000109.m4a
0176-ME-3373430_0000022_1A0000017_0000110.m4a
0176-ME-3373430_0000022_1A0000017_0000111.mp4
0176-ME-3373430_0000022_1A0000017_0000112.mp4
0176-ME-3373430_0000022_1A0000017_0000113.mp4
0176-ME-3373430_0000022_1A0000017_0000114.jpg
0176-ME-3373430_0000022_1A0000017_0000115.mp4
0176-ME-3373430_0000022_1A0000017_0000116.mp4
0176-ME-3373430_0000022_1A0000017_0000117.mp4
0176-ME-3373430_0000022_1A0000017_0000118.jpg
0176-ME-3373430_0000022_1A0000017_0000119.jpg
0176-ME-3373430_0000022_1A0000017_0000120.m4a
0176-ME-3373430_0000022_1A0000017_0000121.m4a
0176-ME-3373430_0000022_1A0000017_0000122.mp4
0176-ME-3373430_0000022_1A0000017_0000123.jpg
0176-ME-3373430_0000022_1A0000017_0000124.m4a
0176-ME-3373430_0000022_1A0000017_0000125.mp4
0176-ME-3373430_0000022_1A0000017_0000126.mp4
0176-ME-3373430_0000022_1A0000017_0000127.jpg
0176-ME-3373430_0000022_1A0000017_0000128.mp4
0176-ME-3373430_0000022_1A0000017_0000129.mp4
0176-ME-3373430_0000022_1A0000017_0000130.jpg
0176-ME-3373430_0000022_1A0000017_0000131.mp4
0176-ME-3373430_0000022_1A0000017_0000132.mp4
0176-ME-3373430_0000022_1A0000017_0000133.mp4
0176-ME-3373430_0000022_1A0000017_0000134.mp4
0176-ME-3373430_0000022_1A0000017_0000135.mp4
0176-ME-3373430_0000022_1A0000017_0000136.mp4
0176-ME-3373430_0000022_1A0000017_0000137.mp4
0176-ME-3373430_0000022_1A0000017_0000138.mp4
0176-ME-3373430_0000022_1A0000017_0000139.mp4
0176-ME-3373430_0000022_1A0000017_0000140.mp4
0176-ME-3373430_0000022_1A0000017_0000141.mp4
0176-ME-3373430_0000022_1A0000017_0000142.jpg
0176-ME-3373430_0000022_1A0000017_0000143.mp4
0176-ME-3373430_0000022_1A0000017_0000144.mp4
0176-ME-3373430_0000022_1A0000017_0000145.mp4
0176-ME-3373430_0000022_1A0000017_0000146.jpg
0176-ME-3373430_0000022_1A0000017_0000147.jpg

0176-ME-3373430_0000022_1A0000017_0000148.mp4
0176-ME-3373430_0000022_1A0000017_0000149.mp4
0176-ME-3373430_0000022_1A0000017_0000150.mp4
0176-ME-3373430_0000022_1A0000017_0000151.mp4
0176-ME-3373430_0000022_1A0000017_0000152.m4a
0176-ME-3373430_0000022_1A0000017_0000153.mp4
0176-ME-3373430_0000022_1A0000017_0000154.mp4
0176-ME-3373430_0000022_1A0000017_0000155.mp4
0176-ME-3373430_0000022_1A0000017_0000156.jpg
0176-ME-3373430_0000022_1A0000017_0000157.m4a
0176-ME-3373430_0000022_1A0000017_0000158.mp4
0176-ME-3373430_0000022_1A0000017_0000159.mp4
0176-ME-3373430_0000022_1A0000017_0000160.mp4
0176-ME-3373430_0000022_1A0000017_0000161.pdf
0176-ME-3373430_0000022_1A0000017_0000162.mp4
0176-ME-3373430_0000022_1A0000017_0000163.mp4
0176-ME-3373430_0000022_1A0000017_0000164.jpg
0176-ME-3373430_0000022_1A0000017_0000165.jpg
0176-ME-3373430_0000022_1A0000017_0000166.mp4
0176-ME-3373430_0000022_1A0000017_0000167.mp4
0176-ME-3373430_0000022_1A0000017_0000168.jpg
0176-ME-3373430_0000022_1A0000017_0000169.mp4
0176-ME-3373430_0000022_1A0000017_0000170.mp4
0176-ME-3373430_0000022_1A0000017_0000171.jpg
0176-ME-3373430_0000022_1A0000017_0000172.mp4
0176-ME-3373430_0000022_1A0000017_0000173.m4a
0176-ME-3373430_0000022_1A0000017_0000174.mp4
0176-ME-3373430_0000022_1A0000017_0000175.mp4
0176-ME-3373430_0000022_1A0000017_0000176.mp4
0176-ME-3373430_0000022_1A0000017_0000177.mp4
0176-ME-3373430_0000022_1A0000017_0000178.m4a
0176-ME-3373430_0000022_1A0000017_0000179.jpg
0176-ME-3373430_0000022_1A0000017_0000180.jpg
0176-ME-3373430_0000022_1A0000017_0000181.mp4
0176-ME-3373430_0000022_1A0000017_0000182.m4a
0176-ME-3373430_0000022_1A0000017_0000183.mp4
0176-ME-3373430_0000022_1A0000017_0000184.jpg
0176-ME-3373430_0000022_1A0000017_0000185.m4a
0176-ME-3373430_0000022_1A0000017_0000186.mp4
0176-ME-3373430_0000022_1A0000017_0000187.mp4
0176-ME-3373430_0000022_1A0000017_0000188.m4a
0176-ME-3373430_0000022_1A0000017_0000189.jpg
0176-ME-3373430_0000022_1A0000017_0000190.mp4
0176-ME-3373430_0000022_1A0000017_0000191.mp4

0176-ME-3373430_0000022_1A0000017_0000192.mp4
0176-ME-3373430_0000022_1A0000017_0000193.mp4
0176-ME-3373430_0000022_1A0000017_0000194.mp4
0176-ME-3373430_0000022_1A0000017_0000195.mp4
0176-ME-3373430_0000022_1A0000017_0000196.mp4
0176-ME-3373430_0000022_1A0000017_0000197.mp4
0176-ME-3373430_0000022_1A0000017_0000198.jpg
0176-ME-3373430_0000022_1A0000017_0000199.mp4
0176-ME-3373430_0000022_1A0000017_0000200.mp4
0176-ME-3373430_0000022_1A0000017_0000201.mp4
0176-ME-3373430_0000022_1A0000017_0000202.mp4
0176-ME-3373430_0000022_1A0000017_0000203.mp4
0176-ME-3373430_0000022_1A0000017_0000204.m4a
0176-ME-3373430_0000022_1A0000017_0000205.m4a
0176-ME-3373430_0000022_1A0000017_0000206.m4a
0176-ME-3373430_0000022_1A0000017_0000207.jpg
0176-ME-3373430_0000022_1A0000017_0000208.mp4
0176-ME-3373430_0000022_1A0000017_0000209.mp4
0176-ME-3373430_0000022_1A0000017_0000210.jpg
0176-ME-3373430_0000022_1A0000017_0000211.mp4
0176-ME-3373430_0000022_1A0000017_0000212.mp4
0176-ME-3373430_0000022_1A0000017_0000213.mp4
0176-ME-3373430_0000022_1A0000017_0000214.mp4
0176-ME-3373430_0000022_1A0000017_0000215.jpg
0176-ME-3373430_0000022_1A0000017_0000216.mp4
0176-ME-3373430_0000022_1A0000017_0000217.mp4
0176-ME-3373430_0000022_1A0000017_0000218.mp4
0176-ME-3373430_0000022_1A0000017_0000219.jpg
0176-ME-3373430_0000022_1A0000017_0000220.jpg
0176-ME-3373430_0000022_1A0000017_0000221.mp4
0176-ME-3373430_0000022_1A0000017_0000222.mp4
0176-ME-3373430_0000022_1A0000017_0000223.mp4
0176-ME-3373430_0000022_1A0000017_0000224.jpg
0176-ME-3373430_0000022_1A0000017_0000225.jpg
0176-ME-3373430_0000022_1A0000017_0000226.jpg
0176-ME-3373430_0000022_1A0000017_0000227.mp4
0176-ME-3373430_0000022_1A0000017_0000228.jpg
0176-ME-3373430_0000022_1A0000017_0000229.mp4
0176-ME-3373430_0000022_1A0000017_0000230.jpg
0176-ME-3373430_0000022_1A0000017_0000231.mp4
0176-ME-3373430_0000022_1A0000017_0000232.mp4
0176-ME-3373430_0000022_1A0000017_0000233.jpg
0176-ME-3373430_0000022_1A0000017_0000234.mp4
0176-ME-3373430_0000022_1A0000017_0000235.jpg

0176-ME-3373430_0000022_1A0000017_0000236.mp4
0176-ME-3373430_0000022_1A0000017_0000237.jpg
0176-ME-3373430_0000022_1A0000017_0000238.m4a
0176-ME-3373430_0000022_1A0000017_0000239.m4a
0176-ME-3373430_0000022_1A0000017_0000240.mp4
0176-ME-3373430_0000022_1A0000017_0000241.mp4
0176-ME-3373430_0000022_1A0000017_0000242.mp4
0176-ME-3373430_0000022_1A0000017_0000243.mp4
0176-ME-3373430_0000022_1A0000017_0000244.jpg
0176-ME-3373430_0000022_1A0000017_0000245.mp4
0176-ME-3373430_0000022_1A0000017_0000246.mp4
0176-ME-3373430_0000022_1A0000017_0000247.mp4
0176-ME-3373430_0000022_1A0000017_0000248.jpg
0176-ME-3373430_0000022_1A0000017_0000249.mp4
0176-ME-3373430_0000022_1A0000017_0000250.jpg
0176-ME-3373430_0000022_1A0000017_0000251.mp4
0176-ME-3373430_0000022_1A0000017_0000252.mp4
0176-ME-3373430_0000022_1A0000017_0000253.mp4
0176-ME-3373430_0000022_1A0000017_0000254.jpg
0176-ME-3373430_0000022_1A0000017_0000255.mp4
0176-ME-3373430_0000022_1A0000017_0000256.mp4
0176-ME-3373430_0000022_1A0000017_0000257.mp4
0176-ME-3373430_0000022_1A0000017_0000258.mp4
0176-ME-3373430_0000022_1A0000017_0000259.mp4
0176-ME-3373430_0000022_1A0000017_0000260.mp4
0176-ME-3373430_0000022_1A0000017_0000261.mp4
0176-ME-3373430_0000022_1A0000017_0000262.mp4
0176-ME-3373430_0000022_1A0000017_0000263.mp4
0176-ME-3373430_0000022_1A0000017_0000264.mp4
0176-ME-3373430_0000022_1A0000017_0000265.mp4
0176-ME-3373430_0000022_1A0000017_0000266.mp4
0176-ME-3373430_0000022_1A0000017_0000267.mp4
0176-ME-3373430_0000022_1A0000017_0000268.jpg
0176-ME-3373430_0000022_1A0000017_0000269.jpg
0176-ME-3373430_0000022_1A0000017_0000270.mp4
0176-ME-3373430_0000022_1A0000017_0000271.mp4
0176-ME-3373430_0000022_1A0000017_0000272.mp4
0176-ME-3373430_0000022_1A0000017_0000273.mp4
0176-ME-3373430_0000022_1A0000017_0000274.jpg
0176-ME-3373430_0000022_1A0000017_0000275.mp4
0176-ME-3373430_0000022_1A0000017_0000276.mp4
0176-ME-3373430_0000022_1A0000017_0000277.mp4
0176-ME-3373430_0000022_1A0000017_0000278.mp4
0176-ME-3373430_0000022_1A0000017_0000279.m4a

0176-ME-3373430_0000022_1A0000017_0000280.mp4
0176-ME-3373430_0000022_1A0000017_0000281.mp4
0176-ME-3373430_0000022_1A0000017_0000282.mp4
0176-ME-3373430_0000022_1A0000017_0000283.mp4
0176-ME-3373430_0000022_1A0000017_0000284.jpg
0176-ME-3373430_0000022_1A0000017_0000285.mp4
0176-ME-3373430_0000022_1A0000017_0000286.mp4
0176-ME-3373430_0000022_1A0000017_0000287.mp4
0176-ME-3373430_0000022_1A0000017_0000288.mp4
0176-ME-3373430_0000022_1A0000017_0000289.mp4
0176-ME-3373430_0000022_1A0000017_0000290.jpg
0176-ME-3373430_0000022_1A0000017_0000291.jpg
0176-ME-3373430_0000022_1A0000017_0000292.jpg
0176-ME-3373430_0000022_1A0000017_0000293.jpg
0176-ME-3373430_0000022_1A0000017_0000294.mp4
0176-ME-3373430_0000022_1A0000017_0000295.mp4
0176-ME-3373430_0000022_1A0000017_0000296.mp4
0176-ME-3373430_0000022_1A0000017_0000297.m4a
0176-ME-3373430_0000022_1A0000017_0000298.m4a
0176-ME-3373430_0000022_1A0000017_0000299.mp4
0176-ME-3373430_0000022_1A0000017_0000300.jpg
0176-ME-3373430_0000022_1A0000017_0000301.jpg
0176-ME-3373430_0000022_1A0000017_0000302.mp4
0176-ME-3373430_0000022_1A0000017_0000303.mp4
0176-ME-3373430_0000022_1A0000017_0000304.mp4
0176-ME-3373430_0000022_1A0000017_0000305.mp4
0176-ME-3373430_0000022_1A0000017_0000306.mp4
0176-ME-3373430_0000022_1A0000017_0000307.mp4
0176-ME-3373430_0000022_1A0000017_0000308.m4a
0176-ME-3373430_0000022_1A0000017_0000309.jpg
0176-ME-3373430_0000022_1A0000017_0000310.mp4
0176-ME-3373430_0000022_1A0000017_0000311.mp4
0176-ME-3373430_0000022_1A0000017_0000312.mp4
0176-ME-3373430_0000022_1A0000017_0000313.mp4
0176-ME-3373430_0000022_1A0000017_0000314.mp4
0176-ME-3373430_0000022_1A0000017_0000315.jpg
0176-ME-3373430_0000022_1A0000017_0000316.mp4
0176-ME-3373430_0000022_1A0000017_0000317.mp4
0176-ME-3373430_0000022_1A0000017_0000318.mp4
0176-ME-3373430_0000022_1A0000017_0000319.mp4
0176-ME-3373430_0000022_1A0000017_0000320.mp4
0176-ME-3373430_0000022_1A0000017_0000321.mp4
0176-ME-3373430_0000022_1A0000017_0000322.mp4
0176-ME-3373430_0000022_1A0000017_0000323.mp4

0176-ME-3373430_0000022_1A0000017_0000324.mp4
0176-ME-3373430_0000022_1A0000017_0000325.mp4
0176-ME-3373430_0000022_1A0000017_0000326.mp4
0176-ME-3373430_0000022_1A0000017_0000327.jpg
0176-ME-3373430_0000022_1A0000017_0000328.mp4
0176-ME-3373430_0000022_1A0000017_0000329.mp4
0176-ME-3373430_0000022_1A0000017_0000330.jpg
0176-ME-3373430_0000022_1A0000017_0000331.m4a
0176-ME-3373430_0000022_1A0000017_0000332.mp4
0176-ME-3373430_0000022_1A0000017_0000333.mp4
0176-ME-3373430_0000022_1A0000017_0000334.mp4
0176-ME-3373430_0000022_1A0000017_0000335.mp4
0176-ME-3373430_0000022_1A0000017_0000336.jpg
0176-ME-3373430_0000022_1A0000017_0000337.mp4
0176-ME-3373430_0000022_1A0000017_0000338.mp4
0176-ME-3373430_0000022_1A0000017_0000339.mp4
0176-ME-3373430_0000022_1A0000017_0000340.mp4
0176-ME-3373430_0000022_1A0000017_0000341.m4a
0176-ME-3373430_0000022_1A0000017_0000342.mp4
0176-ME-3373430_0000022_1A0000017_0000343.mp4
0176-ME-3373430_0000022_1A0000017_0000344.jpg
0176-ME-3373430_0000022_1A0000017_0000345.mp4
0176-ME-3373430_0000022_1A0000017_0000346.mp4
0176-ME-3373430_0000022_1A0000017_0000347.mp4
0176-ME-3373430_0000022_1A0000017_0000348.mp4
0176-ME-3373430_0000022_1A0000017_0000349.mp4
0176-ME-3373430_0000022_1A0000017_0000350.m4a
0176-ME-3373430_0000022_1A0000017_0000351.mp4
0176-ME-3373430_0000022_1A0000017_0000352.mp4
0176-ME-3373430_0000022_1A0000017_0000353.jpg
0176-ME-3373430_0000022_1A0000017_0000354.jpg
0176-ME-3373430_0000022_1A0000017_0000355.jpg
0176-ME-3373430_0000022_1A0000017_0000356.m4a
0176-ME-3373430_0000022_1A0000017_0000357.mp4
0176-ME-3373430_0000022_1A0000017_0000358.mp4
0176-ME-3373430_0000022_1A0000017_0000359.mp4
0176-ME-3373430_0000022_1A0000017_0000360.mp4
0176-ME-3373430_0000022_1A0000017_0000361.mp4
0176-ME-3373430_0000022_1A0000017_0000362.mp4
0176-ME-3373430_0000022_1A0000017_0000363.mp4
0176-ME-3373430_0000022_1A0000017_0000364.m4a
0176-ME-3373430_0000022_1A0000017_0000365.mp4
0176-ME-3373430_0000022_1A0000017_0000366.mp4
0176-ME-3373430_0000022_1A0000017_0000367.mp4

```
0176-ME-3373430_0000022_1A0000017_0000368.mp4
0176-ME-3373430_0000022_1A0000017_0000369.mp4
0176-ME-3373430_0000022_1A0000017_0000370.mp4
0176-ME-3373430_0000022_1A0000017_0000371.jpg
0176-ME-3373430_0000022_1A0000017_0000372.m4a
0176-ME-3373430_0000022_1A0000017_0000373.mp4
0176-ME-3373430_0000022_1A0000017_0000374.jpg
0176-ME-3373430_0000022_1A0000017_0000375.mp4
0176-ME-3373430_0000022_1A0000017_0000376.mp4
0176-ME-3373430_0000022_1A0000017_0000377.mp4
0176-ME-3373430_0000022_1A0000017_0000378.mp4
0176-ME-3373430_0000022_1A0000017_0000379.mp4
0176-ME-3373430_0000022_1A0000017_0000380.m4a
0176-ME-3373430_0000022_1A0000017_0000381.m4a
0176-ME-3373430_0000022_1A0000017_0000382.mp4
0176-ME-3373430_0000022_1A0000017_0000383.jpg
0176-ME-3373430_0000022_1A0000017_0000384.mp4
0176-ME-3373430_0000022_1A0000017_0000385.mp4
0176-ME-3373430_0000022_1A0000017_0000386.jpg
0176-ME-3373430_0000022_1A0000017_0000387.m4a
0176-ME-3373430_0000022_1A0000017_0000388.mp4
0176-ME-3373430_0000022_1A0000017_0000389.jpg
0176-ME-3373430_0000022_1A0000017_0000390.mp4
0176-ME-3373430_0000022_1A0000017_0000391.mp4
0176-ME-3373430_0000022_1A0000017_0000392.mp4
0176-ME-3373430_0000022_1A0000017_0000393.mp4
0176-ME-3373430_0000022_1A0000017_0000394.mp4
0176-ME-3373430_0000022_1A0000017_0000395.mp4
0176-ME-3373430_0000022_1A0000017_0000396.mp4
0176-ME-3373430_0000022_1A0000017_0000397.jpg
0176-ME-3373430_0000022_1A0000017_0000398.m4a
0176-ME-3373430_0000022_1A0000017_0000399.mp4
0176-ME-3373430_0000022_1A0000017_0000400.mp4
0176-ME-3373430_0000022_1A0000017_0000401.mp4
0176-ME-3373430_0000022_1A0000017_0000402.mp4
0176-ME-3373430_0000022_1A0000017_0000403.jpg
0176-ME-3373430_0000022_1A0000017_0000404.m4a
0176-ME-3373430_0000022_1A0000017_0000405.mp4
0176-ME-3373430_0000022_1A0000017_0000406.jpg
0176-ME-3373430_0000022_1A0000017_0000407.mp4
0176-ME-3373430_0000022_1A0000017_0000408.mp4
0176-ME-3373430_0000022_1A0000017_0000409.mp4
0176-ME-3373430_0000022_1A0000017_0000410.mp4
0176-ME-3373430_0000022_1A0000017_0000411.jpg
```

0176-ME-3373430_0000022_1A0000017_0000412.mp4
0176-ME-3373430_0000022_1A0000017_0000413.mp4
0176-ME-3373430_0000022_1A0000017_0000414.mp4
0176-ME-3373430_0000022_1A0000017_0000415.mp4
0176-ME-3373430_0000022_1A0000017_0000416.jpg
0176-ME-3373430_0000022_1A0000017_0000417.mp4
0176-ME-3373430_0000022_1A0000017_0000418.mp4
0176-ME-3373430_0000022_1A0000017_0000419.mp4
0176-ME-3373430_0000022_1A0000017_0000420.m4a
0176-ME-3373430_0000022_1A0000017_0000421.mp4
0176-ME-3373430_0000022_1A0000017_0000422.mp4
0176-ME-3373430_0000022_1A0000017_0000423.mp4
0176-ME-3373430_0000022_1A0000017_0000424.jpg
0176-ME-3373430_0000022_1A0000017_0000425.mp4
0176-ME-3373430_0000022_1A0000017_0000426.mp4
0176-ME-3373430_0000022_1A0000017_0000427.m4a
0176-ME-3373430_0000022_1A0000017_0000428.m4a
0176-ME-3373430_0000022_1A0000017_0000429.mp4
0176-ME-3373430_0000022_1A0000017_0000430.mp4
0176-ME-3373430_0000022_1A0000017_0000431.m4a
0176-ME-3373430_0000022_1A0000017_0000432.mp4
0176-ME-3373430_0000022_1A0000017_0000433.jpg
0176-ME-3373430_0000022_1A0000017_0000434.m4a
0176-ME-3373430_0000022_1A0000017_0000435.mp4
0176-ME-3373430_0000022_1A0000017_0000436.mp4
0176-ME-3373430_0000022_1A0000017_0000437.mp4
0176-ME-3373430_0000022_1A0000017_0000438.m4a
0176-ME-3373430_0000022_1A0000017_0000439.m4a

Sincerely,

*Benet J. Kearney*
Benet J. Kearney
Assistant United States Attorney