# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-411 (APM)** |
| | : | |
| **STEWART PARKS,** | : | |
| **MATTHEW BAGGOTT,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of August 31, 2021, has been provided to the defense in this matter.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS
                        Acting United States Attorney
                        DC Bar No. 415793

By:    */s/ Benet J. Kearney*
           BENET J. KEARNEY
           Assistant United States Attorney
           NY Bar No. 4774048
           1 Saint Andrew's Plaza
           New York, New York 10007
           Benet.Kearney@usdoj.gov
           (212) 637 2260

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Notice of Discovery was served on all counsel of record via the Court's electronic filing service.

                                                      */s/ Benet J. Kearney*
                                                     BENET J. KEARNEY
                                                     Assistant United States Attorney

Date:   August 31, 2021