

# GIADA REAL ESTATE TULUM

## $135,000

Studio Ready for Delivery, , Tulum, 77760



  

• Type: **Residential**      • Style: **Single Story**      • Bedrooms: **1**      • Bathrooms: **1**      • Size: **36 square feet**

**GIADA REAL ESTATE TULUM**

office@giadarealestate.com
+521 984 149-1122
www.giadarealestatetulum.com

**GIADA REAL ESTATE TULUM**

Plaza Paraiso, Tulum, 77760

## Details

### Property Summary

Type: **Residential**

Style: **Single Story**

Bedrooms: **1**

Bathrooms: **1**

Garage: **No**

Size: **36 square feet**

Has Suite: **No**

Year Built: **2020**

Development Level: **Built**



### Description

Studio ready to be delivered in Moonlight Residence, a building of 32 units with concierge, 24/7 security, rooftop infinity pool, gym, bar and access to private cinema!

The building is located inside of the most exclusive residencial area in Tulum, Aldea Zamá, with the most advanced development and infrastructure and the most luxurious commercial area.

Unit is ready to be delivered and entitled, ready to be put in the market of vacation rental.







## Additional Photos








*Information is deemed to be correct but not guaranteed.*