

### Rio de Janeiro, Rio de Janeiro



# R$ 750.000

MLS ID: AP0088-REM1

| | | | | |
|---|---|---|---|---|
| Total Rooms:: | 2 | | : | |
| Bedrooms:: | 2 | | Floor Level:: | 0 |
| Bathrooms:: | 2 | | Total SqM:: | 65 |
| : | | | Year Build:: | 1990 |
| : | | | | |

1

# Condo/Apartment - For Sale - Rio de Janeiro

# Features

- Eat-in Kitchen
- Furnished
- Maid's Bathroom
- Barbecue Pit
- Garage
- Swimming Pool
- Alarm System
- Lift/Elevator
- Air Conditioning

# Gallery










**Marcus Miranda**
RE/MAX Foco

M (21) 99489-6543
E marcusmiranda@remax.com.br
T (21) 99489-6543

**RE/MAX Foco**
Avenida das Américas
Rio de Janeiro Rio de Janeiro  22793903 Brazil
http://www.remaxfoco.com.br/

RE/MAX is an international network of independently owned and operated offices offering a variety of real estate and relocation services.
All information provided by the listing agent/broker is deemed reliable but is not guaranteed and should be independently verified. No warranties or representations are made of any kind.