IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | |
| ) | CRIM NO. 21-CR-411-APM |
| STEWART PARKS,   ) | Judge: Mehta |
| ) | |
| Defendant.   ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Permit International Travel, and its attached exhibits, and the government not taking any position, and good cause having been shown, it is hereby on this _____ day of November, 2021,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that Defendant Stewart Parks shall be permitted to travel internationally to a) Mexico from November 28 to December 4, 2021; b) France from December 5 to December 8, 2021; and c) Brazil from December 12 to 17, 2021.   It is also

**ORDERED** that Mr. Parks shall be required to call Pretrial Services every other day during the durations of his internationally trips.

**SO ORDERED.**

_____
Judge Amit P. Mehta
United States District Court