IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) CRIM NO. 21-CR-411 (APM) | |
| STEWART PARKS ) | |
| ) | |
| and ) Judge: Mehta | |
| ) | |
| MATTHEW BAGGOTT ) | |
| ) Status Date: December 17, 2021 | |
| Defendant. ) | |

# ORDER

**UPON CONSIDERATION** of Defendant Stewart Parks' Unopposed Motion to Continue Status Date, and good cause having been shown, and there being no opposition from codefendant Dumaka Shabazz and the government, it is hereby

**ORDERED** that the Unopposed Motion to Continue Status Date is GRANTED. It is also hereby

**ORDERED** that the status date in this matter of December 17, 2021, is VACATED; it is further

1

**ORDERED** that the status hearing in this mattered is continued until the _____ day of _____, 2022.

**SO ORDERED.**

_____
Amit P. Mehta
United States District Court Judge