

## ELECTRONIC TICKET FOR  STEWARTMR PARKS

13 Jan 2022

**Order ID**
**A1LZN4**


**Manage your Reservation**

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

### PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|------|------------------|----------------------|---------------|
| STEWARTMR PARKS | | | 2302177628693 |

### FLIGHT ITINERARY:

**MIAMI(MIA) - PANAMA CITY(PTY) - Flight Number - CM 173 - Economy Class**

| ✈ Departure | 🛬 Arrival | Flight Details |
|-------------|-----------|----------------|
| Sunday January 30, 2022 | Sunday January 30, 2022 | Flight Duration:3h 10m |
| 5:18 AM | 8:28 AM | Aircraft:738 |
| MIAMI(MIA) | PANAMA CITY(PTY) | Flight Operated by: CopaAirlines |
| | | Seats Reserved: Yes - Reserve or Change Seats |

ⓘ LayoverTime in  : 7h 12m

**PANAMA CITY(PTY) - SAO PAULO(GRU) - Flight Number - CM 725 - Economy Class**

| ✈ Departure | 🛬 Arrival | Flight Details |
|-------------|-----------|----------------|
| Sunday January 30, 2022 | Monday January 31, 2022 | Flight Duration:7h 15m |
| 3:40 PM | 12:55 AM | Aircraft:739 |
| PANAMA CITY(PTY) | SAO PAULO(GRU) | Flight Operated by: CopaAirlines |
| | | Seats Reserved: Yes - Reserve or Change Seats |

ⓘ LayoverTime in  : 5h 10m

**SAO PAULO(GRU) - BELO HORIZONTE(CNF) - Flight Number - CM7077 - Economy Class**

| ✈ Departure | 🛬 Arrival | Flight Details |
|-------------|-----------|----------------|
| Monday January 31, 2022 | Monday January 31, 2022 | Flight Duration:1h 5m |
| 6:05 AM | 7:10 AM | Aircraft:320 |
| SAO PAULO(GRU) | BELO HORIZONTE(CNF) | Flight Operated by:AZUL LINHAS AEREAS B |
| | | Seats Reserved: Yes - Reserve or Change Seats |

### AIR TRANSPORTATION CHARGES

| Description | Rate |
|-------------|------|

| | |
|---|---|
| Ticket Fare STEWARTMR PARKS | 187.00 USD |
| BR | 6.40 |
| AH | 1.25 |
| AY | 5.60 |
| US | 19.70 |
| XF | 4.50 |
| Total | 224.45 USD |

To know more about fare family details click here Copa.com

## PAYMENT METHOD:

Credit Card                    CAXXXXXXXXXXXX0802          USD 224.45
                                                Expiry Date:          0325
                                        Authorization Code:          001115

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Federal law in U.S. Forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years imprisonment penalties. Hazardous materials include explosives, compressed gases, flammable liquids solids, oxidizers,poisons,Corrosives and radioactive materials. Examples:Paints,lighter fluid,fireworks. There are special exceptions for small quantities (Up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information visit copaair.com.

 **Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**

   

This automated email has been sent to stparks1@icloud.com  in order to provide you with  information about your trip. Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center. View our Privacy Policy.