**KIWI·COM** | Making travel better

BOOKING NUMBER  1 9 3  8 4 8  3 6 9

Saver Ticket    Basic Services

# São Paulo → Nashville

**OUTBOUND**

Total duration: **12h 36m**



**11:20**
Thu, 10 Feb 2022

**17:40**

**GRU** São Paulo, Brazil
São Paulo–Guarulhos International

**MIA** Miami, United States
Miami International

Carrier: **American Airlines**
Flight no: **AA790**
Duration: **8h 20m**

⚠ 1h 55m layover **not protected** by the Kiwi.com Guarantee
🚶 Self-transfer within Miami International

**19:35**
Thu, 10 Feb 2022

**20:56**

**MIA** Miami, United States
Miami International

**BNA** Nashville, United States
Nashville International

Carrier: **American Airlines**
Flight no: **AA309**
Duration: **2h 21m**

All times are local. We strongly recommend arriving at the airport at least 2 hours before your departure for domestic flights and at least 3 hours before international flights, especially if traveling with checked baggage. You can also check the airport's official recommendations.

💼 **Terminal and gate info**

You'll find up-to-date terminal info in the Kiwi.com app — it'll appear in your itinerary details before your trip. We'll add it there when it's available. Please **recheck it before you go** to the airport as it can change sometimes. Download the app at **app.kiwi.com/terminal**.

Check in the app

🌐 **Check your visa requirements**

You will leave the visa-free transit zone and enter United States (Miami) during 🚶 **self-transfer**. Not sure if you need a visa? Check this guide: **go.kiwi.com/visas**. Kiwi.com is not responsible for any visa issue, including airport transit visas; this is the responsibility of the passenger. Without the correct documents, you might not be allowed to board.

 **KIWI·COM** | Making travel better

BOOKING NUMBER   193 848 369

## Passengers



**Mr. Stewart Thomas Parks** 3 Dec 1992 🇺🇸

No travel insurance added

1× personal item   20 × 35 × 45cm, 10kg

## Segment 1 to Miami, São Paulo GRU → Miami MIA



| | | |
|---|---|---|
| **11:20** Thu, 10 Feb 2022 | **GRU** São Paulo, Brazil _São Paulo–Guarulhos International_ | Carrier: **American Airlines** |
| **17:40** | **MIA** Miami, United States _Miami International_ | Flight no: **AA790** Duration: **8h 20m** |

**Mr. Stewart Thomas Parks**

Carrier reservation number (PNR) **RAODBR**

Check in with the airline

Economy

E-ticket number **0013594501172**

## Segment 2 to Nashville, Miami MIA → Nashville BNA



| | | |
|---|---|---|
| **19:35** Thu, 10 Feb 2022 | **MIA** Miami, United States _Miami International_ | Carrier: **American Airlines** |
| **20:56** | **BNA** Nashville, United States _Nashville International_ | Flight no: **AA309** Duration: **2h 21m** |

**Mr. Stewart Thomas Parks**

Carrier reservation number (PNR) **EUPPQR**

Provide additional passenger info in your account at least 24h before departure so we can check you in with the airline.

Economy

E-ticket number **001-7710939324**

Baggage restrictions are part of each individual airline's policy and may be subject to change. To check your current baggage allowance, sign in to your trip at Kiwi.com.

 | Making travel better

BOOKING NUMBER   1 9 3  8 4 8  3 6 9

## Additional information

### 🛄 Self-transfer

Some connections are not provided by the airlines. You might need to leave the visa-free transit zone and enter the layover country to transfer to your next flight — passing through a visa check at immigration and security. The layover time is sufficient for the transfer. Learn more at **go.kiwi.com/self-transfer**.

### 📖 Passport / visa / health

Kiwi.com is not responsible for any visa issue (including airport transit visas). Boarding might be refused if you do not have the necessary documentation. Make sure that you have all the required travel documents for your entire journey including a valid passport, necessary visas, and a record of any vaccinations recommended for your destination.

> ℹ️ **Check your visa requirements**
> - You will leave the visa-free transit zone and enter United States (Miami) during 🛄 self-transfer.
> - Not sure if you need a visa? Check this guide: **go.kiwi.com/visas**.
> - You will enter United States (Nashville) as if it were your final destination.

### ℹ️ Fare conditions  `Saver Ticket`

Refund and rebooking options are only available up to 48h before the first departure in your itinerary. If you want to rebook, you'll pay the full price for your new booking with little to no discount. If you need to cancel, you'll receive very little to no refund. Learn more at **go.kiwi.com/fare-types**.

### 🍽 Meals

Most low-cost carriers don't include meals with the reservation. Snacks and refreshments can usually be purchased en route. Contact us by phone to order a meal in advance. Some food and drinks might be allowed on board, but liquids are limited to 100ml and must be kept in a zip-lock plastic bag.

 KIWI·COM | Making travel better

**BOOKING NUMBER**  193 848 369

## Contacts

 Kiwi.com help & support

1. **Check our articles for help**  (Fastest option)

   Go to kiwi.com/help to see personalized articles with answers to the most frequent questions.

2. **If you don't find the answer, message us**

   Sign in at kiwi.com/help/contact to message us. Our agents will get back to you as soon as possible. Tip: If you're in the Kiwi.com app, you'll find the messages in your profile.

3. **Call us when it's close to your trip**

   You can also call us. Our lines will be open when you're close to departure or traveling. Follow the contact flow above to see the details or use one of these numbers:

   **US** +12028444159          **GB** +442038085910          **RU** +74993488053
   En: Mon–Fri from 08:00–16:00 UTC   En: Mon–Fri from 08:00–16:00 UTC   Ru: Mon–Fri from 07:00–15:00 UTC

   All our numbers have standard call rates and will provide you with English support outside the language working hours.

   (Basic Services)

   You'll receive limited support with higher processing fees for extra services. Learn more at **go.kiwi.com/service-packages**.

## Smart travel

(K) **Get the Kiwi.com app for extra features**

✓  The easiest way to reach our **customer support**

✓  Live **trip updates** and important notifications in your pocket

✓  All your **boarding documents** and **tickets** (including this e-ticket) in one place, accessible **offline**

  



Scan this QR code

or visit
app.kiwi.com/e-ticket