

John Machado <johnlmachado@gmail.com>

## Fwd: Apartamento nos Jardins
1 message

**Stewart Parks** <stparks1@icloud.com>  Mon, Jan 17, 2022 at 11:16 PM
To: johnlmachado@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** cfbeatrizbampa@coelhodafonseca.com.br
> **Date:** January 17, 2022 at 5:45:04 PM CST
> **To:** stparks1@icloud.com
> **Subject: Apartamento nos Jardins**
> **Reply-To:** cfbeatrizbampa@coelhodafonseca.com.br
>
> Boa noite sr. Stuart.
>
>    Recebi seu contato através do portal Zap solicitando visita no apartamento abaixo:
>
> https://www.coelhodafonseca.com.br/662089
>
>    A visita foi confirmada para dia 31 às 10h00.
>
>    Caso prefira, poderemos falar por WhatsApp, meu número 11 999585663.
>
>    Atenciosamente,
>
>    Beatriz Bampa
>    Top Ten Coelho da fonseca
>    11 99958-5663
> --
> Enviado do aplicativo myMail para Android