# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIM NO. 21-CR-411-APM** |
| **STEWART PARKS,** | ) **Judge: Mehta** |
| | ) |
| **Defendant.** | ) |

### ORDER

UPON CONSIDERATION of Defendant's Motion to Permit International Travel, and its attached exhibits, and the government not opposing, and good cause having been shown, it is hereby on this _____ day of January, 2021,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that Defendant Stewart Parks shall be permitted to travel internationally to Brazil from January 30, 2022 to February 10, 2022. It is also

` **ORDERED** that Mr. Parks shall be required to call Pretrial Services every other day during the durations of his internationally trips.

**SO ORDERED.**

_____
Judge Amit P. Mehta
United States District Court

1