## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-CR-411 (APM)** |
| v. : | |
| : | |
| **STEWART PARKS, and** : | |
| **MATTHEW BAGGOTT,** : | |
| : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Mitra Jafary-Hariri is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

by:   /s/ *Mitra Jafary-Hariri*
Mitra Jafary-Hariri
Assistant United States Attorney
Michigan Bar No. P74460
(313) 618-1793
mitra.jafaray-hariri@usdoj.gov

## **CERTIFICATE OF SERVICE**

On January 27th, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                          /s/ *Mitra Jafary-Hariri*
                                          Mitra Jafary-Hariri
                                          Assistant United States Attorney