UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case Number 21-CR-411 |
| STEWART PARKS, | : | |
| | : | |
| Defendant. | : | Hon. Amit P. Mehta |

## ORDER FOR EXCLUDABLE DELAY

This matter having come before the Court upon the Government's and Defendant Parks' motion for excludable delay, the status hearing date of April 1, 2022 in this case is adjourned until May 31, 2022, at 10:15 a.m. In granting the parties' request for an adjournment, the Court finds that the ends of justice served outweigh the best interests of the defendant and the public in a speedy trial for the reasons listed in the motion and because this case is "unusual and complex" due to the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), *see also* § 3161(h)(7)(B)(iv). There are thousands of pages in discovery and large amounts of forensic data. Additionally, the pandemic has slowed the parties' ability to meet in-person. In light of these difficulties and the personnel addition, the government and defense need time to confer further to allow for plea discussions and other negotiations.

Thus, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (B)(iv), the time period between April 1, 2022 and May 31, 2022 shall constitute excludable delay. IT IS SO ORDERED.

Dated:  
                                                                                   HONORABLE AMIT P. MEHTA
                                                                                   United States District Judge