CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.       ) | Criminal Case No.: 21CR-411 (APM) |
| ) | |
| ) | |
| MATTHEW BAGGOT    ) | |
| ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved: [signature] 2022.04.05 11:35:08 -04'00'
_____                Date: _____

**Amit P. Mehta**

United States District Judge