## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-411-1 (APM)** |
| | ) | |
| **STEWART PARKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>PRETRIAL ORDER</u>

A bench trial is set to commence in this matter on **August 23, 2022**, at 9:30 a.m., in Courtroom 10 as to Defendant Stewart Parks, in the event the court denies any motion to transfer venue.   The following deadlines shall govern pretrial proceedings:

1.  The United States shall identify the evidence it will seek to introduce under Federal Rule of Evidence 404(b) on or before **July 19, 2022**.

2.  Any motion in limine, for either side, and Defendant's motion to change venue shall be filed on or before **July 14, 2022**; oppositions shall be filed on or before **July 28, 2022**; and replies shall be filed on or before **August 4, 2022**.

3.  Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) by **July 22, 2022**.   The court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by **August 2, 2022**; any opposition to such motion shall be filed by **August 16, 2022**.

4.  The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **August 9, 2022**. Any *Brady* material not already disclosed also must be disclosed by this date.

5.      On or before **August 16, 2022**, counsel shall file an abbreviated Joint Pretrial Statement containing the following:

        a.  <u>List of witnesses</u>.   The parties shall identify the witnesses that each side anticipates it may call in its case-in-chief.  Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

        b.  <u>Exhibit lists</u>.  The parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The parties need not list any exhibit that might be used for purposes of impeachment.  The parties should confer with Courtroom Deputy Jean Claude Douyon about the format of the exhibit list.  The parties *should not* provide a copy of the exhibits to the court but must exchange pre-marked exhibits. The parties must be prepared to raise objections to any proposed exhibit the morning of August 23, 2022, before the bench trial commences.

Date:   July 1, 2022

Amit P. Mehta
United States District Court Judge