# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-411 (APM) |
| | : | |
| **STEWART PARKS,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO EXTEND DEADLINE TO FILE MOTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to extend the deadline for the parties to file motions in limine and for the defendant to file a motion for a change of venue in this matter from July 14, 2022 until July 20, 2022.   I have conferred with counsel for Mr. Parks, who does not object to this request.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:   /s/ *Benet J. Kearney*
BENET J. KEARNEY
Assistant United States Attorney, Detailee
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, New York 10007
Benet.Kearney@usdoj.gov
(212) 637 2260

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion to Extend Deadline to File Motions was served on all counsel of record via the Court's electronic filing service.

　　　　　　　　　　　　　　　　　　　　　 /s/ Benet J. Kearney
　　　　　　　　　　　　　　　　　　　　　BENET J. KEARNEY
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Date:   July 13, 2022