**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 21-CR-411 (APM)** |
| **STEWART PARKS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Barry K. Disney is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: July 13, 2022

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   _/s/ BARRY K. DISNEY_
Barry K. Disney
Trial Attorney, Capital Case Section
Detailee – Capitol Siege Division
Kansas Bar No. 13284
U.S. Department of Justice
1331 F. St. NW, Suite 6000
Washington, D.C. 20005
202-305-4367 (office)
202-924-4861 (cell)
Barry.Disney@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

On this 13th day of July 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

<u>_/s/ BARRY K. DISNEY_</u>
BARRY K. DISNEY
Trial Attorney