UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>STEWART PARKS,<br><br>   Defendant. | Case No. 1:21-cr-411-APM |

### NOTICE OF PROPOSED ORDER

NOW COMES the United States of America, through undersigned counsel, and gives notice of filing the attached proposed Order on behalf of the United States in connection with the governments Motion in Limine Regarding Authentication of Certain Video Evidence, ECF 62.

Dated: July 19, 2022

               Respectfully submitted,

               MATTHEW M. GRAVES
               UNITED STATES ATTORNEY
               D.C. Bar No. 481052


                /s/ *Karen Rochlin*
               KAREN ROCHLIN
               DC Bar No. 394447
               Assistant United States Attorney Detailee
               U.S. Attorney's Office
               Southern District of Florida
               99 N.E. 4th Street
               Miami, Florida  33132
               (786) 972-9045
               Karen.Rochlin@usdoj

               */s/ Barry K. Disney*
               BARRY K. DISNEY
               Trial Attorney - Detailee
               Kansas Bar No. 13284
               U.S. Attorney's Office for the District of Columbia

601 D. Street, N.W.
Washington, D.C. 20530
202-305-4367 (office)
202-924-4861 (cell)
Barry.Disney@usdoj.gov

Benet J. Kearney
N.Y. Bar No. 4774048
Assistant United States Attorney, Detailee
1 St. Andrew's Plaza
New York, New York 10007
(212) 637 2260
Benet.Kearney@usdoj.gov