# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 21-CR-411 (APM) |
| | : |
| STEWART PARKS, | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the United States' Motion in Limine Regarding Authentication Of Certain Video Evidence, it is hereby

ORDERED, that the motion is GRANTED.

Date: _____

HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE