UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.    : | Case No.  21-CR-411 (APM) |
| : | |
| **STEWART PARKS,** : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of the United States' Motion in Limine Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras, it is hereby

ORDERED, that the motion is GRANTED.

Date: _____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE