UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | Case No.  21-CR-411 (APM) |
| : | |
| **STEWART PARKS,** : | |
| : | |
| **Defendant.**  : | |

## ORDER

Upon consideration of the United States' Motion in Limine Regarding Cross-Examination of U.S. Secret Service Witness, it is hereby

ORDERED, that the motion is GRANTED.


Date: _____
                                                  HON. AMIT P. MEHTA
                                                  UNITED STATES DISTRICT JUDGE

1