Your Honor,

My name is Erik Warden and I am employed as a A/R Dispute Resolution Specialist with Philips, the healthcare technology company.  I am writing this letter to attest to the good character of my friend and confidant, Matthew Baggott. He is a person with a kind-hearted nature and an outstanding contributor to our community. This is not just a good person we are speaking of but a man who would give the shirt off his back to a person in need.

Matthew is a responsible person and a reliable friend. I first met Matthew almost 15 years ago when we were teenagers. We spent time kayaking the Harpeth River every year for his birthday because of his love of nature. On one such trip, one of our friends' kayak went down the river half a mile and Matthew went against the current all the way without question to ensure we all made it to our destination together. He never had much concern and that's because he is led by faith. One of the first things that stuck out to me is Matthew's strength in his faith.

Matthew was always an active member of his church community. We differed in that way but the extent of his faith has always been admirable. Our friend group always knew we wouldn't be hanging out on Wednesday night or any time on Sunday because his faith came first. This isn't just lip service as I have seen firsthand he seeks to dignify himself as not only a church member but a leader in speaking and acting the word of the Holy Bible. He has taken a very active approach in his church in Woodbury, TN. The attributes that he displays extend to everything he does outside of church, as well.

Matthew has always had a heart to care for those who are helpless and defenseless, including animals. In his work, he ensures animals are sustainably brought back to nature reserves instead of people having to harm them. Sometimes, he even puts himself in harm's way to ensure the health and safety of his community. He has never shied away from helping any man, woman, or child from any different background and its something he prides himself on.

Matthew has always been the type of person to think about those around him before himself. This was evident at my wedding. As his "plus-one," Matthew brought a gentleman who had fallen on hard times. Matthew knew that he could get help get this man a warm meal and brought him in. I have never seen such a big smile put on an unsuspecting homeless man's face. He has restored my faith in humanity many times with his big heart.

This is a faithful, kind, hard-working, small business owner who wears his heart on his sleeve for not only the people but also the critters of Middle Tennessee. Since the incident of which charges are levied, he has only grown stronger in his community and his faith and has remained a productive (and I'd argue excellent) member of society. He has proven that there were learning experiences he has taken away from his presence on January 6th and is committed to not repeat the same mistakes in the future.

Your Honor, I ask that you take my character reference to heart when making your decision and exercise leniency in your sentencing of Matthew Baggott.
I'm thankful to you for taking the time to read this letter.

God Bless You!
Erik Warden

*Erik H Warden*