April 22th, 2022

Zenon Forest Garcia
1022 Acklen Avenue
Nashville, TN 37203
270-304-5063
ZenonFGarcia@gmail.com

Dear Honorable Judge,

Thank you for taking the time to read this letter and consider its contents with the highest regard for upholding the justice system. This letter is in reference to the character and spirit of Matthew Baggot.

Matthew became my roommate while we both attended Murray State University in 2014. After the first year of living together in the same room, I was able to discern that he valued genuine relational connection. Occasionally we would have serious disagreements but over time, it seemed as if Matthew would work to improve his half of whatever was disagreed upon. I knew that he would be a good choice as a roommate for the duration of my time at MSU. We lived together for a total of 2 and ½ years.

In this time, I also got to witness his relationship with his parents, Barry and the late Rachel Baggot. Although he didn't answer every call, he always made an effort to keep his mother in the loop with his life and current events. His honor for his parents eventually led to him leaving his job as a wildlife biologist to surrender his help to his mother and father in her final years.

Matthew is constantly seeking to understand the truth. When he was younger, he wouldn't shy away from any debate if its foundational principles could be tested. Now, oftentimes, I see Matthew as a man who delivers grace when needed and truth when needed.

I am honored to know my friend and how he continues to grow. His faithfulness and loyalty has been demonstrated through the development of his business. Over the 8 years I've known him, he has become quicker to listen, consider, and understand. You have in front of you a man who seeks the truth and is not afraid to repent.

Again, thank you for your time and allowing me to testify of Matthew Baggot.


Sincerest regards,

*[signature]*

Zenon Forest Garcia