June 23, 2022

Dear Honorable Judge,

My name is Margie Bannister. I am a friend of Matthew Baggett.

My intention for writing you is on his behalf. I want to tell you how I met Matthew and give you my honest, truthful, and heartfelt opinion of Matthew.

I am retired and now 76 years old. Since I have been retired, I have become a Wildlife Transporter, helping the Rehab Centers in the Middle Tennessee area. Matthew is a Wildlife Trapper, and our paths crossed many times. Most Trappers I have known just trap & sometimes destroy. Matthew avoids destroying at all costs.

In the past few (maybe 4 years?) we have helped each other out, always to help families, and the animals found, to save lives.

I have found Matthew's character to be extremely honorable and respectful. His heart is kind and gentle. He is a complete joy to work with and I consider him a friend

who can be counted on. He is very dependable. He is hard-working, not lazy at all!! I believe him to be a very righteous young man. He does not have cocky or rude attitudes ever — always even-tempered, always helping with a cheerful attitude. He has been a hero to many with raccoons in their attics!! (or skunks under a shed!!) Matthew takes his responsibilities seriously. He cares for what is righteous. I believe his Mom + Dad did a very good job with this son!! Matthew, I believe, is very special in the eyes of God too. It takes a special quality, God-given, to be able to connect to animals!!

    Your Honor, please accept my sincere opinion of Matthew. Let your heart hear my heart's statements of truth. In the Name of Jesus, I swear all statements are as I know Matthew. Matthew is an asset of society!!

In His Name,

Margie Bannister
117 Hermitage Dr.
Smyrna, TN. 37167

(615-581-4256)