Honorable Judge,

My name is Jerry Nash. This letter may be treated as my personal recommendation for Matthew Baggott. I am writing to you to request that you show leniency in your sentencing decision in the case of this young man stemming from his presence at the Capitol on January 6th 2021.

I first came to know Matthew after he moved from Nashville to Woodbury, Tennessee and began attending Woodbury Church of Christ, where I serve as one of the congregation's elders. In addition to being a spiritual leader to Matthew, I am his employer and supervisor. Last year, I asked Matthew to assist me in my role as Caretaker for the Short Mountain Bible Camp in Cannon County, TN. He currently works with me on a part-time basis, in addition to managing his wildlife removal business.

I have found Matthew to be a young man of good character with a top-notch work ethic and a willingness to serve others. He is a reliable employee and a responsible person who has learned from his mistakes and will not repeat them in the future. I plead for you to show leniency and mercy in deciding his sentence, because of his contributions to his workplace and his community.

Thank you for your consideration of my testimony and for taking the time to read this letter.

Sincerely,

Jerry Nash