April 19, 2022

United States District Court for the District of Columbia

Barry Baggott
4904 Aquatic Road
Nashville, Tennessee 37211

Dear Justice,

I am writing to provide a character reference for my son, Matthew Samuel Baggott, accused in case 1:21-CR-411.

As Matthew's father, I believe I have had greater opportunity than anyone else to observe his behavior in most areas of life, and having watched him mature into a serious and dependable young man with good and deeply held moral standards, I can honestly say that I am proud to call him my son.

Matthew's character was clearly demonstrated during the 15 months that my wife, his mother, Rachel Baggott, battled brain cancer, until her death in December 2017. He had just graduated from college shortly before her diagnosis and had plans to move away from Tennessee for further studies or to pursue a career in wildlife biology. When he learned what his mother and I were about to face, he abandoned his personal plans at his own initiative and without any suggestion from us. He instead took a job that would allow him to remain with us in Nashville so that he could help me care for his mother. And help he did. He patiently and lovingly dealt with her growing physical and mental handicaps, never complaining, always serving and encouraging.

Matthew demonstrated similar love and kindness in dealing with his two grandfathers, one of whom passed away in 2019 with Parkinson's and the other in 2020 with Alzheimer's, and in his attentiveness to his widowed grandmothers, always without any need of prompting on my part. After Rachel's passing, Matthew continued to work in Nashville and to live with me for over a year, and his companionship was a great blessing to a grieving father.

Matthew's gentle spirit has always been evident in his feelings of compassion toward animals. He has been that way from the time he was a little boy living with us in Africa and unable to eat the goat meat prepared for a meal with African friends, because he had met and "made friends with" the goat the day before the meal. His compassion for animals of all kinds is still demonstrated on a daily basis in the work he does through his wildlife removal business. He goes the extra mile to avoid any suffering for the animals that he removes from his customers' homes, using humane trapping methods and then driving long miles, often late at night after a hard day's work, to release them in the wild or to take those that may be hurt or in distress or too young to fend for themselves to be cared for in a shelter of some kind.

In managing the company that he started, Matthew consistently demonstrates an excellent work ethic, honesty and respectfulness in all dealings with his customers.

It is not just as a father that I can say Matthew is a good man and a credit to his family and his community; I find that everyone who deals with him, from young children to the elderly, have a love and admiration for this strong yet gentle, respectful, hard-working and thoughtful young man, and I sincerely hope that his good character will be seen as a significant factor in his favor as you deliberate on his case.

Sincerely,
Barry Baggott
*Barry Baggott*