Your Honor,

I have known the Baggott family for close to thirty years and have watched Matthew grow into a fine Christian man.  I have had him in a bible class at Crieve Hall Church when he was in the 5th and 6th grade. I found him to be a dedicated and accountable Bible student.

Matthew worked for me at Guthries Ace Hardware while on summer breaks and during holidays for a couple of years while he was in college. He was an extremely conscientious worker and eager to learn. He worked very well with other employees and was very courteous to customers. He gained much knowledge in many areas while working with me.

Matthew has been kind, gracious and helpful to his aging grandparents as well as his own parents. I am blessed to know the Baggott family and encouraged by the growth of this young man.

Sincerely,

Johnny Guthrie
615.456.4153