Patrick H. O'Rear
1604 Keystone Dr.
Friendswood, TX 77546

April 23, 2022


Re: character reference for Matthew Samuel Baggott


Dear Honorable Judge:

My name is Patrick O'Rear, and I am an engineer with NASA in Houston, Texas. I am an uncle to Matthew Baggott and am privileged to be able to share my insight of his character with you.

The most outstanding characteristics I observe in my nephew are compassion and a search for truth. There are unique aspects to his upbringing that I believe have contributed to the makeup of the exceptional young man I know and love. He was born in Africa, the son of missionaries who instilled values in Matthew of caring for others and considering their needs before his own. After they moved to the States, when I visited, I was always struck by the unusual absence of a television in my sister and brother-in-law's house. This fostered actual communication in the home, where the development of personal relationships between family, friends, and visitors was paramount.

I witness these benevolent traits in Matthew. When his late mother, my sister, was in declining health from an aggressive brain tumor, he never grumbled when the bell in the back room rang and he promptly went to attend to her needs. He calls his 90-year-old grandmother, my mother, on a regular basis and she is always thrilled when she recounts their conversations to me. I find it unfortunate that Matthew's respectfulness and consideration seem to be uncommon enough to merit remarking in a character reference, but he is a remarkable person. Matthew always refers to his elders as "sir" and "ma'am".

Matthew exhibits a solid work ethic in the operation of his own animal control business. He is an independent thinker and doer who seeks to make informed decisions. He is strong in his faith, and strong in his love for his country. His current activities include assisting part time at Short Mountain Bible Camp in Woodbury, Tennessee.

In Matthew Baggott I see before you for your consideration a young man who contributes to his society and those around him in constructive and impactful ways. I appreciate the time he spends with my teenage children when he comes to town to visit my mother, and I find him to be a positive role model to them. I pray that you will take my opinions into account in your decisions regarding his fate, and I thank you for the opportunity to weigh in.

Very respectfully,

*[signature]*

Patrick O'Rear