April 20. 2022

Your Honor,

Matthew Samuel Baggott is my Grandson. I am 90 years old and have seen him develope into a fine young man. He has good moral character and integrity. As a high school senior he was named a National Merit Commended Scholar.

He graduated from Murray State in Murray, Kentucky with a degree in Wildlife Biology. Before he could drive his Mother took him to animal control center where they would volunteer, bathing animals and walking them. Now he has his own animal retrieval business---removing squirrels, skunks, raccoons, snakes, etc. for people. He always treats his customers fairly and responds quickly in an emergency.

Thank you for your consideration of Matthew Samuel Baggott.

Sincerely,

*Mattie F. O'Rear*

Mattie F. O'Rear  #161
400 E Parkwood Ave.
Friendswood, TX. 77546
972-247-7693 Phone