April 18, 2022
LETTER OF RECOMMENDATION FOR MATTHEW BAGGOTT

Your Honor,

I would like to tell you about this mature, thoughtful and hard working young man.

I have known him all his life.  And he never comes to see me that he doesn't ask if I need him to do something for me.

He chose a career that means he is out in all kind of weather answering calls to rescue animals and when he catches them its not to kill them but find a rescue shelter or safe place to leave them. This means he is a caring, responsible person to animals and people.

He is friendly and outgoing. A Christian young man, hard working and looks out for others. Of course I could be prejudice since he is my youngest grandson, and always ready to care for me.

Sincerely,
Sammye Baggott