# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **CRIM NO. 21-CR-411-APM** |
| **STEWART PARKS,** ) | **Judge: Mehta** |
| ) | |
| **Defendant.** ) | |

## ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion to Continue Trial, and the government not opposing, and good cause having been shown, it is hereby on this _____ day of _____, 2022,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that the trial date currently scheduled for August 23, 2022, is converted to a status date.

**SO ORDERED.**

_____
Judge Amit P. Mehta
United States District Court