IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. 21 Cr. 411 (APM) |
| **MATTHEW BAGGOTT** | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on July 29, 2022 via USAfx, in relation its sentencing memorandum (ECF No. 67). These exhibits will be offered into evidence during the sentencing hearing scheduled for August 5, 2022. Because they are video clips, the exhibits are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a clip from a video posted on YouTube, available at https://www.youtube.com/watch?v=Dg4HAVjykXE. The clip is approximately 11 minutes and 1 second long. The events depicted in the exhibit occurred between approximately 1:59 p.m. and 2:11 p.m. EST on January 6, 2021.

2. Government Exhibit 2 is a clip from a video recording of Instagram stories posted to an account with username "pastorparks." The clip is approximately 19 seconds long.

3. Government Exhibit 3 is a clip from closed circuit video footage from the United States Capitol Police. The clip is approximately 50 seconds long. The events depicted in the exhibit occurred between approximately 2:09 p.m. and 2:10 p.m. EST on January 6, 2021.

4. Government Exhibit 4 is a video taken from an upper floor of the west side of the Capitol building on January 6, 2021.  The video is approximately 1 minute and 5 seconds long.  The events depicted in the video occurred between approximately 2:10 p.m. and 2:13 p.m. on January 6, 2021.

5. Government Exhibit 5 is a clip from closed circuit video footage from the United States Capitol Police.  The clip is approximately 1 minute and 44 seconds long.  The events depicted in the exhibit occurred between approximately 2:12 p.m. and 2:13 p.m. EST on January 6, 2021.

6. Government Exhibit 6 is a video posted on YouTube, available at https://www.youtube.com/watch?v=aUjtmt_9GcY.  The clip is approximately 1 minute and 35 seconds long.  The events depicted in the exhibit occurred The events depicted in the exhibit occurred between approximately 2:10 p.m. and 2:13 p.m. EST on January 6, 2021.

7. Government Exhibit 7 is a video taken by an individual looking down onto the East Senate Grand Staircase, in the U.S. Capitol building on January 6, 2021.  The video is approximately 23 seconds long.  The events depicted in the exhibit occurred at approximately 2:15 p.m. EST on January 6, 2021.

8. Government Exhibit 10 is a clip from closed circuit video footage from the United States Capitol Police.  The clip is approximately 23 seconds long.  The events depicted in the exhibit occurred at between approximately 2:54 p.m. and 2:55 p.m. EST on January 6, 2021.

9. Government Exhibit 11 is a clip from body worn camera footage of Metropolitan Police Department Officer B.R.  The clip is approximately 31 seconds long.  The events depicted in the exhibit occurred at between approximately 2:54 p.m. and 2:55 p.m. EST on January 6, 2021.

If the Court accepts these proposed exhibits into evidence on August 5, 2022, the United States takes the position that the entered exhibits should be promptly released to the public.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney

BY:   */s/ Benet J. Kearney*
        Benet J. Kearney
        Assistant United States Attorney
        NY Bar No. 4774048
        1 Saint Andrew's Plaza
        New York, New York 1007
        (212) 637-2260
        Benet.Kearney@usdoj.gov