# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIM NO. 21-CR-411-APM** |
| **STEWART PARKS,** | ) **Judge: Mehta** |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for Leave to File Motion for Change of Venue Out of Time, and the government not opposing, and good cause having been shown, it is hereby on this _____ day of _____, 2022,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that the Motion for Change of Venue shall be deemed as timely filed.

**SO ORDERED.**

_____
Judge Amit P. Mehta
United States District Court

1