# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) |
| v. | )    Criminal No. 21-cr-411-1 (APM) <br> ) |
| **STEWART PARKS,** | ) <br> ) |
| **Defendants.** | ) <br> ) |

## AMENDED PRETRIAL ORDER

A bench trial is set to commence in this matter on **January 17, 2023**, at 9:30 a.m., in Courtroom 10 as to Defendant Stewart Parks, in the event the court denies any motion to transfer venue. The following deadlines shall govern pretrial proceedings:

1. The United States shall identify the evidence it will seek to introduce under Federal Rule of Evidence 404(b) on or before **November 22, 2022**.

2. Any motion in limine, for either side, shall be filed on or before **November 29, 2022**; oppositions shall be filed on or before **December 13, 2022**; and replies shall be filed on or before **December 20, 2022**.

3. Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) by **November 15, 2022**. The court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by **November 22, 2022**; any opposition to such motion shall be filed by **November 29, 2022**.

4. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **December 20,**

**2022**. Any *Brady* material not already disclosed also must be disclosed by this date.

5. On or before **December 27, 2022**, counsel shall file a Joint Pretrial Statement that contains the following:

   a. <u>List of witnesses</u>. The parties shall identify the witnesses that each side anticipates it may call in its case-in-chief. Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

   b. <u>Exhibit lists</u>. The parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The parties need not list any exhibit that might be used for purposes of impeachment. The parties should confer with Courtroom Deputy Jean Claude Douyon about the format of the exhibit list. The parties *should not* provide a copy of the exhibits to the court but must exchange pre-marked exhibits. The parties must be prepared to raise objections to any proposed exhibit the morning of January 17, 2023, before the bench trial commences.

Date: August 4, 2022

Amit P. Mehta
United States District Court Judge