IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-411-APM |
| STEWART PARKS, | ) Judge: Mehta |
| | ) |
| Defendant. | ) |

### DEFENDANT STEWART PARK'S RESPONSE TO UNITED STATES' MOTION IN LIMINE REGARDING CROSS-EXAMINATION OF U.S. SECRET SERVICE WITNESS

COMES NOW Stewart Parks, by and through counsel, and replying to the United States' Motion *In Limine* Regarding Cross Examination of U.S. Secret Service Witness, stating as follows:

The defense does not plan to question any witnesses on the issue of Secret Service actions or protocols that were taken or could be taken during January 6th, 2022. In the unlikely event that the issue does arise, the defense will ask to approach the bench and discuss it with the court, with the government present, and ask for leave to proceed accordingly as needed.

1

Respectfully submitted,

STEWART PARKS
By Counsel


  /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Stewart Parks
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 27th day of December 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.


   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Stewart Parks
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com