IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-411-APM |
| STEWART PARKS, | ) Judge: Mehta |
| | ) |
| Defendant. | ) |

### DEFENDANT STEWART PARK'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE REGARDING AUTHENTICATION OF CERTAIN VIDEO EVIDENCE

COMES NOW Stewart Parks, by and through counsel, and replies to the government's Motion *In Limine* Regarding Authorization of Certain Video Evidence, stating as follows:

The defense does not challenge the authenticity of the videos that the government intends to introduce as evidence as provided in the government's exhibit list. However, the defense reserves the right to object to any of the videos at any time prior to the government's attempt to moving the videos into evidence, including, but not limited to irrelevance or that the evidence is more prejudicial that probative, in violation of Rule 403 of the Federal Rules of Evidence.

Respectfully submitted,

STEWART PARKS
By Counsel


/s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Stewart Parks
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com


**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 27th day of December 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.


/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Stewart Parks
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com