EXHIBIT A

## GOVERNMENT'S WITNESS LIST

United States of America expects to call the following witnesses to testify at trial in this matter:

1. Elizabeth Harrison
2. United States Secret Service Inspector Lanelle Hawa
3. United States Capitol Police Lieutenant George McCree
4. Federal Bureau of Investigation Special Agent Christopher Potts