UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-cr-411 (APM) |
| v. | : | |
| | : | |
| STEWART PARKS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby notifies the Court that Assistant United States Attorney Joseph Hutton Marshall is entering his appearance in the above-captioned matter as counsel for the United States.

                                                          Respectfully submitted,

DATED: January 9, 2023                    MATTHEW M. GRAVES
                                                          United States Attorney
                                                          D.C. Bar No. 481052

                    By:       */s/ J. Hutton Marshall*
                                  J. HUTTON MARSHALL
                                  DC Bar No. 1721890
                                  Assistant United States Attorney
                                  U.S. Attorney's Office for the
                                  District of Columbia
                                  601 D Street, N.W.
                                  Washington, D.C. 20579
                                  Office: (202) 252-6299
                                  Cell: (202) 809-2166
                                  Joseph.hutton.marshall@usdoj.gov