UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CASE NO. 21-cr-411 (APM)** |
| **STEWART PARKS,** : | |
| : | |
| **Defendant.** : | |

**JOINT PRETRIAL STATEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Stewart Parks, through his attorney John Machado, Esq., submit their Joint Pretrial Statement as directed in the Court's Pretrial Order. ECF No. 74 and March 17, 2023 Minute Order.

The following materials are attached as exhibits:

Exhibit A           Government's Witness List

Exhibit B           Government's Exhibit List

Exhibit C           Defendant's Witness List

Counsel for the defendant provided the Government with the witnesses identified in Exhibit C, to be filed with this Statement.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Benet J. Kearney*
BENET J. KEARNEY
Assistant United States Attorney
New York Bar No. 4774048
J. HUTTON MARSHALL
Assistant United States Attorney
DC Bar No. 1721890
601 D Street, N.W.
Washington, D.C. 20579
Benet.Kearney@usdoj.gov
Joseph.Hutton.Marshall@usdoj.gov
(212) 637-2260
(202) 252-6299