# GOVERNMENT'S WITNESS LIST

United States of America expects to call the following witnesses to testify at trial in this matter:

1. United States Secret Service Inspector Lanelle Hawa
2. United States Capitol Police Lieutenant George McCree
3. Federal Bureau of Investigation Special Agent Christopher Potts