| Government | ☑ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

United States

VS.

Stewart Parks

**Criminal No.** 21-CR-411 (APM)

## **GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| | **00-99 Series:** **Government Records** | | | |
| 1 | HOS Notification Email and Attachment | | | |
| | **100-199 Series:** **Maps, Diagrams,** **& Demonstrative Aids** | | | |
| 101 | Arial Map of Restricted Area on January 6, 2021 | | | |
| 102 | 3-D Image of Exterior of the U.S. Capitol Building | | | |
| 103 | U.S. Capitol Floor Plan – First Floor | | | |
| 104 | U.S. Capitol Floor Plan – Second Floor | | | |
| | **200-299 Series:** **U.S. Capitol Police CCV** | | | |
| 201 | USCP CCV Footage ~13:38:45-13:48:30 View of West Plaza from Rooftop | | | |
| 202 | USCP CCV Footage ~13:58:41-13:59:40 View from East Side of CVC Plaza | | | |
| 203 | USCP CCV Footage ~14:09:35-14:10:30 View of Northwest Stairs (1) | | | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 204 | USCP CCV Footage ~14:09:40-14:10:30 View of Northwest Stairs (2) | | | |
| 205 | USCP CCV Footage ~14:11:20-14:14:30 View of Upper West Terrace / Senate Wing Door (Exterior) | | | |
| 206 | USCP CCV Footage ~14:11:56 – 14:13:56 View of Senate Wing Door (Interior) | | | |
| 206A | Still from Government Exhibit 206 | | | |
| 207 | USCP CCV Footage ~14:15:00-14:16:00 View of Landing of East Senate Grand Staircase, Area Outside Majority Whip Office | | | |
| 208 | USCP CCV Footage ~14:15:12-14:21:55 Ohio Clock Corridor | | | |
| 209 | USCP CCV Footage ~14:21:50-14:22:45 View of Landing of East Senate Grand Staircase | | | |
| 210 | USCP CCV Footage ~14:24:20-14:25:50 View of Senate Wing Door (Interior) | | | |
| 211 | USCP CCV Footage ~14:25:47-14:26:20 View of Stairwell Outside of Vice President's Ceremonial Office | | | |
| 212 | USCP CCV Footage ~14:26:10-14:26:40 Crypt North | | | |
| 213 | USCP CCV Footage ~14:26:30-14:28:50 Crypt South | | | |
| 214 | USCP CCV Footage ~14:29:30-14:30:25 Memorial Door | | | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 215 | USCP CCV Footage ~14:30:40-14:31:05 Rotunda North | | | |
| 216 | USCP CCV Footage ~14:30:55-14:31:35 Statuary Hall West | | | |
| 217 | USCP CCV Footage ~14:30:45-14:43:06 Rotunda South | | | |
| 218 | USCP CCV Footage ~14:42:30-14:44:35 View of Hallway Near H208 | | | |
| 219 | USCP CCV Footage ~14:42:55-14:45:00 View of Stairs Near H208 | | | |
| 220 | USCP CCV Footage ~14:43:50-14:44:10 View of Upper House Door (Interior, Facing Out) | | | |
| 221 | USCP CCV Footage ~14:45:20-14:46:10 View of Upper House Door (Interior, Facing Out) | | | |
| 221A | Still from Government Exhibit 221 | | | |
| 222 | USCP CCV Footage ~14:45:55-14:46:10 East Front House Door | | | |
| 223 | USCP CCV Footage ~14:45:10-14:46:05 View from Upper House Door (Interior, Facing In) | | | |
| 224 | USCP CCV Footage ~14:48:20-14:50:55 View of Upper House Door (Interior, Facing Out) | | | |
| 225 | USCP CCV Footage ~14:48:05-14:48:37 East Front House Door | | | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 226 | USCP CCV Footage ~14:48:34-14:49:35 View from Upper House Door (Interior, Facing In) | | | |
| 227 | USCP CCV Footage ~14:50:45-14:51:15 View from Upper House Door (Interior, Facing In) | | | |
| 228 | USCP CCV Footage ~14:54:35-14:55:35 View from Upper House Door (Interior, Facing In) | | | |
| 229 | USCP CCV Footage ~14:55:15-14:56:06 View of Upper House Door (Interior, Facing Out) | | | |
| 230 | USCP CCV Footage ~14:56:00-14:56:33 East Front House Door | | | |
| | **300-399 Series MPD BWC** | | | |
| 301 | McAllister BWC ~13:43:35-13:44:05 | | | |
| 302 | Agyeman BWC ~14:54:54-14:55:30 | | | |
| 303 | Rubin BWC ~14:54:45-14:55:40 | | | |
| 304 | Hussain BWC ~14:54:35-14:55:10 | | | |
| 305 | Tow BWC ~14:54:45-14:55:45 | | | |
| 306 | Veizaj BWC ~15:47:36-15:48:40 | | | |

| | **400-499 SERIES:**<br>**Third Party Photographs, Video,**<br>**And Audio** | | | |
|---|---|---|---|---|
| 401 | Video taken on the West Plaza near Scaffolding on Senate side of U.S. Capitol Building | | | |
| 402 | Video taken on the West Plaza near Scaffolding on Senate side of U.S. Capitol Building | | | |
| 403 | Video taken on the West Plaza near Scaffolding on Senate side of U.S. Capitol Building | | | |
| 404 | Video taken on the West Plaza near Scaffolding on Senate side of U.S. Capitol Building | | | |
| 405 | Video taken on the West Plaza near Scaffolding on Senate side of U.S. Capitol Building | | | |
| 406 | Video taken on the West Plaza near Scaffolding on Senate side of U.S. Capitol Building | | | |
| 407 | Video taken under Scaffolding, on Northwest Stairs; on the Upper West Terrace of U.S. Capitol Building | | | |
| 408 | Video taken under Scaffolding,  on Northwest Stairs, on the Upper West Terrace, near the Senate Wing Doors, on the East Senate Grand Staircase, in the Ohio Clock Corridor on the U.S. Capitol Building | | | |
| 409 | Video taken on the Northwest Stairs of the U.S. Capitol Building | | | |
| 410 | Video of the Upper West Terrace of the U.S. Capitol Building, Outside the Senate Wing Door | | | |

| | | | | |
|---|---|---|---|---|
| 411 | Video taken on the Upper West Terrace of the U.S. Capitol Building, Outside the Senate Wing Door | | | |
| 412 | Video taken on the Northwest Stairs, Upper West Terrace, near the Senate Wing Doors of the U.S. Capitol Building | | | |
| 413 | Video taken near the Senate Wing Doors, and the Interior of the U.S. Capitol Building, including the East Senate Grand Staircase | | | |
| 414 | Video taken near the Senate Wing Doors, and the Interior of the U.S. Capitol Building, including the East Senate Grand Staircase | | | |
| 415 | Video taken on the East Senate Grand Staircase of the U.S. Capitol Building | | | |
| 416 | Video taken on the East Senate Grand Staircase of the U.S. Capitol Building | | | |
| 417 | Video taken on the East Senate Grand Staircase of the U.S. Capitol Building | | | |
| 418 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol Building | | | |
| 419 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol Building | | | |
| 420 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol Building | | | |

| | | | | |
|---|---|---|---|---|
| 421 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol Building | | | |
| 422 | Video taken in the Ohio Clock Corridor of the U.S. Capitol Building | | | |
| 423 | Video taken in the Crypt, Small House Rotunda, Memorial Door Stairs of the U.S. Capitol Building | | | |
| 424 | Video taken inside Statuary Hall, the Statuary Hall Connector, House Chamber Entryway, East House Grand Staircase of the U.S. Capitol Building | | | |
| 425 | Video taken inside Statuary Hall of the U.S. Capitol building | | | |
| 426 | Video taken inside the Statuary Hall Connector, House Chamber Entryway of the U.S. Capitol Building | | | |
| 427 | Video taken near the Upper House Door of the U.S. Capitol Building | | | |
| 428 | Video taken on the Steps on the East Side of the U.S. Capitol Building, Outside the Upper House Door | | | |
| 429 | Photograph taken on the Steps on the East Side of the U.S. Capitol Building, Outside the Upper House Door | | | |
| 430 | Video taken outside the U.S. Capitol Building | | | |
| 431 | Heartland Liberty TV Interview, June 24, 2022 | | | |

| | | | | |
|---|---|---|---|---|
| 431 A | Heartland Liberty TV Interview, June 24, 2022 05:12-06:14 | | | |
| 431 B | Heartland Liberty TV Interview, June 24, 2022 09:38-11:10 | | | |
| 431 C | Heartland Liberty TV Interview, June 24, 2022 14:15-17:00 | | | |
| 432 | Heartland Liberty TV Interview, July 11, 2022 | | | |
| 432 A | Heartland Liberty TV Interview, July 11, 2022 04:35-06:45 | | | |
| 432 B | Heartland Liberty TV Interview, July 11, 2022 07:45-08:55 | | | |
| 432 C | Heartland Liberty TV Interview, July 11, 2022 11:28-12:40 | | | |
| 432 D | Heartland Liberty TV Interview, July 11, 2022 13:20-13:37 | | | |
| 433 | Photograph of the West Side of the U.S. Capitol Building | | | |
| 434 | Photograph of "Area Closed" Sign | | | |
| | **500-599 Series: Instagram Records** | | | |
| 500 | Full Search Warrant Return for Instagram Account with Username @pastorparks | | | |
| 500A | Search Warrant Return for Instagram Account with Username @pastorparks, Full PDF only | | | |
| 501 | Subscriber Information for Instagram Account with Username @pastorparks | | | |

| | | | | |
|---|---|---|---|---|
| 502 | Photograph posted to Instagram Account with Username @pastorparks | | | |
| 503 | Photograph posted to Instagram Account with Username @pastorparks | | | |
| 504 | Photograph posted to Instagram Account with Username @pastorparks | | | |
| 505 | Photograph posted to Instagram Account with Username @pastorparks | | | |
| 506 | Photograph posted to Instagram Account with Username @pastorparks | | | |
| 507 | Photograph posted to Instagram Account with Username @pastorparks | | | |
| 508 | Messages between Instagram Users @alexander_shields and @pastorparks | | | |
| 509 | Messages between Instagram Users @we_trippy_mane707 and @pastorparks | | | |
| 510 | Messages between Instagram Users @brendacaroleoliverr and @pastorparks | | | |
| 511 | Messages between Instagram Users @nashvilletyler and @pastorparks | | | |
| 512 | Messages between Instagram Users @kendallmusic and @pastorparks | | | |
| 513 | Messages between Instagram Users @wrichter24 and @pastorparks | | | |

| | | | | |
|---|---|---|---|---|
| 514 | Messages between Instagram Users @lancecapitano and @pastorparks | | | |
| 515 | Messages between Instagram Users @countryboi and @pastorparks | | | |
| 516 | Messages between Instagram Users @tannerbananer07 and @pastorparks | | | |
| 517 | Messages between Instagram Users @gordon_oliver and @pastorparks | | | |
| 518 | Messages between Instagram Users @kelseyrist and @pastorparks | | | |
| 519 | Messages between Instagram Users @carriganmccullough and @pastorparks | | | |
| 520 | Messages between Instagram Users @c_turnerz and @pastorparks | | | |
| 521 | Messages between Instagram Users @kellymorris09 and @pastorparks | | | |
| 522 | Messages between Instagram Users @jashackley and @pastorparks | | | |
| 523 | Messages between Instagram Users @zachfarnum and @pastorparks | | | |
| 524 | Video Posted to Instagram Account @pastorparks | | | |
| 525 | Image  Posted to Instagram Account @pastorparks | | | |
| 526 | Image Posted to Instagram Account @pastorparks | | | |
| 527 | Video Posted to Instagram Account @pastorparks | | | |

| | | | | |
|---|---|---|---|---|
| 528 | Video Posted to Instagram Account @pastorparks | | | |
| 529 | Video Posted to Instagram Account @pastorparks | | | |
| 530 | Video Posted to Instagram Account @pastorparks | | | |
| 531 | Video Posted to Instagram Account @pastorparks | | | |
| | **600-699 Series: iCloud Records** | | | |
| 601 | Text file stored in iCloud Account associated with stparks@iCloud.com | | | |
| | **700-799 Series: Business Records** | | | |
| 701A | Southwest Airline Records | | | |
| 701B | Southwest Airlines Certificate of Authenticity | | | |
| 702 A-H | Verizon Wireless Records | | | |
| 702 I | Verizon Wireless Certificate of Authenticity | | | |
| | **800-899 Series: Stipulations** | | | |
| 800 | Omnibus Stipulation | | | |