## DEFENDANT's WITNESS LIST

Defendant Stewart Parks presents the following list of potential witnesses:

1. Stewart Parks
2. Matthew Baggott
3. Dillon Leverette
4. Erik Warden