|        | Government |       | United States |                |
|--------|------------|-------|---------------|----------------|
|        | Plaintiff  |       | VS.           | Criminal No. <u>21-CR-411 (APM)</u> |
|        | Defendant  | X     | Stewart Parks |                |
|        | Joint      |       |               |                |
|        | Court      |       |               |                |

# DEFENDANT'S FIRST EXHIBIT LIST

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 1A | Stewart Parks- Real Estate License through September 21, 2022 | | | |
| 1B | Stewart Parks- Real Estate License through March 21, 2023 | | | |
| 1C | Stewart Parks- Real Estate License through September 21, 2024 | | | |
| 2 | Stewart Parks - online printout of active real estate license | | | |
| 3 | Stewart Parks Global Entry Card | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |