UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 21-cr-411 (APM) |
| **STEWART PARKS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF UPDATED EXHIBIT LIST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits an updated exhibit list in connection with trial in the above-captioned matter, attached hereto as Exhibit A.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Benet J. Kearney
BENET J. KEARNEY
Assistant United States Attorney
New York Bar No. 4774048
J. HUTTON MARSHALL
Assistant United States Attorney
DC Bar No. 1721890
601 D Street, N.W.
Washington, D.C. 20579
Benet.Kearney@usdoj.gov
Joseph.Hutton.Marshall@usdoj.gov
(212) 637-2260
(202) 252-6299