| Government | ☐ | United States | |
|---|---|---|---|
| Plaintiff | ☐ | VS. | Criminal No. <u>21-CR-411 (APM)</u> |
| Defendant | ☒ | Stewart Parks | |
| Joint | ☐ | | |
| Court | ☐ | | |

## DEFENDANT'S FIRST EXHIBIT LIST

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 1A | Stewart Parks- Real Estate License through September 21, 2022 | | | |
| 1B | Stewart Parks- Real Estate License through March 21, 2023 | | | |
| 1C | Stewart Parks- Real Estate License through September 21, 2024 | | | |
| 2 | Stewart Parks - online printout of active real estate license | | | |
| 3 | Stewart Parks Global Entry Card | | | |
| 4 | Stewart Parks Pilot's License | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |