IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-411-APM |
| STEWART PARKS, | ) Judge: Mehta |
| | ) |
| Defendant. | ) Sentencing Date: 8/25/23 |

**UNOPPOSED MOTION TO PERMIT REMOTE SENTENCING**

COMES NOW Stewart Parks, by and through counsel, and pursuant to the Federal Rules of Criminal Procedure Rule 43(b)(2) and moves to permit his sentencing remotely via teleconferencing. As reasons therefor, defendant states as follows:

1. On May 3, 2023, Mr. Parks was found guilty of five misdemeanor counts. He is currently scheduled for sentencing in person on August 25, 2023. He resides in the Middle District of Tennessee.

2. Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, if an "offense is punishable by fine or by imprisonment for not more than one year, or both, and with the defendant's written consent, the court permits…sentencing to occur by video teleconferencing[.]" Fed. R. 43(b)(2).

2. At the time of the verdict, the defense failed to request the desire for Mr.

1

Parks to be sentenced remotely so as not have to require him to make an additional trip to the District of Columbia.

3. In addition, the government has indicated that if the court sentenced Mr. Parks to jail time, it would not oppose the defendant's request to allow Mr. Parks to self-report.

4. Undersigned counsel has spoken to AUSA Benet Kearney, who indicates that the government does not oppose the defendant's motion.

WHEREFORE, for the reasons above, Defendant Stewart Parks requests that he permitted to be sentenced remotely via teleconference on August 25, 2023.

Respectfully submitted,

STEWART PARKS
By Counsel


  /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Stewart Parks
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

2

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 4th day of May 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

  /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Stewart Parks
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com