# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-411-APM |
| STEWART PARKS, | ) Judge: Mehta |
| | ) |
| Defendant. | ) Sentencing Date: 8/25/23 |

## ORDER

UPON CONSIDERATION of Defendant Stewart Parks' Unopposed Motion to Permit Remote Sentencing, and good cause having been shown, and there being no opposition from the government, it is hereby on this _____ day of _____, 2023,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that the sentencing of defendant Stewart Parks shall occur on August 25, 2023, at 3:30 p.m., and that defendant may appear remotely.

**SO ORDERED.**

_____
Judge Amit P. Mehta
United States District Court