UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-411 (APM) |
| v. : | |
| : | |
| STEWART PARKS, : | |
| : | |
| Defendant. : | |

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to continue the sentencing hearing set in this matter for August 25, 2023 to October 13, 2023. Defendant Stewart Parks does not oppose this request.

The government moves to continue the Sentencing Hearing because counsel for the government will be unavailable due to trials in other matters within this District that were not calendared at the time the Court originally set the sentencing date in this matter. Because of overlapping trial schedules, the earliest date that the defendant and counsel for the government and defendant are available for sentencing in this matter is October 6, 2023. The Court indicated to the parties that its earliest available date for a sentencing hearing is October 13, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Hutton Marshall*
J. HUTTON MARSHALL
Assistant United States Attorney
DC Bar No. 1721890
BENET J. KEARNEY
Assistant United States Attorney

New York Bar No. 4774048
601 D Street, N.W.
Washington, D.C. 20579
Joseph.Hutton.Marshall@usdoj.gov
Benet.Kearney@usdoj.gov
(202) 252-6299
(212) 637-2260