UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 21-CR-411 |
| | : | |
| **STEWART PARKS,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's unopposed motion to continue the sentencing hearing set in this matter, the motion is hereby GRANTED. Finding good cause to do so, the sentencing hearing set in this matter for August 25, 2023 is hereby CONTINUED to October 13, 2023. Accordingly, the Parties' Sentencing Memoranda shall be due on or before September 25, 2023. Sentencing replies, if any, shall be due on or before September 29, 2023.

It is SO ORDERED.

Date: _____    _____
HON. AMIT P. MEHTA
U.S. DISTRICT JUDGE