# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-411-APM |
| STEWART PARKS, | ) Judge: Mehta |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW Stewart Parks, through counsel, and requests the continuance of the sentencing currently scheduled for October 13, 2023. As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for sentencing on October 13, 2023. That sentencing date was originally scheduled for August 25, 2023, but was continued pursuant to the government's unopposed motion to continue sentencing.

2. The defense needs additional time for sentencing, as Mr. Parks is still awaiting materials for sentencing and for his sentencing memorandum. In addition, Mr. Parks needs some additional time to get certain legal affairs in order unrelated to this case should he be required to serve a prison sentence, particularly if the court is inclined to have him detained immediately after his sentencing. The defense is seeking a continuance of approximately thirty (30) days.

1

3. Undersigned counsel has communicated with AUSA Joseph Marshall, who indicates that the government does not oppose the motion. In addition, the parties have conferred and both parties are available at any time November 15 or November 17, 2023; or the morning of November 16, 2023. If those dates are unavailable to the court, the parties can further confer to provide a different date.

WHEREFORE, Mr. Parks requests that the trial currently scheduled for October 13, 2023, be continued to a date approximately thirty (30) days.

Respectfully submitted,

STEWART PARKS
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Stewart Parks
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 9th day of October, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Stewart Parks
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com