### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIM NO. 21-CR-411-APM** |
| **STEWART PARKS,** | ) **Judge: Mehta** |
| | ) |
| **Defendant.** | ) |

### ORDER

**UPON CONSIDERATION** of Defendant's Unopposed Motion to Continue Sentencing, and the government having no opposition, and good cause having been shown, it is hereby on this _____ day of _____, 2023,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that the sentencing date currently scheduled for October 13, 2023, is continued until _____, 2023.

**SO ORDERED.**

_____
Judge Amit P. Mehta
United States District Court